IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARLOS CAREY, #245 045, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO 2:15-cv-940-WHA |
| | ) |
| MS. BOBEN, et al., | )           (WO) |
| | ) |
| Defendants. | ) |

**<u>ORDER</u>**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #25), entered on June 14, 2016. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. The Motion for Preliminary Injunction (Doc. #21) is DENIED.

2. This case is referred back to the Magistrate Judge for further proceedings.

DONE this 6th day of July, 2016.

/s/  W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE