IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARLOS CAREY, #245 045, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:15-CV-940-WHA ) |
| MS. BOBEN, *et al.*, | ) ) |
| Defendants. | ) |

## **ORDER**

On October 13, 2016, the Magistrate Judge entered a Recommendation in this case to which no timely objections have been filed. Doc. 28. Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge which is hereby ADOPTED, it is

ORDERED and ADJUDGED that Plaintiff's motion to dismiss (Doc. 27) be and is hereby GRANTED and that this case be and is hereby DISMISSED without prejudice.

No costs are taxed.

Done, this 14th day of November, 2016.

　　　　　　　　　　　　　　　　　/s/   W. Harold Albritton
　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE